**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1677**

TONDRA PRIDDY, Individually,

Plaintiff - Appellant,

v.

THE MOSES H. CONE MEMORIAL HOSPITAL OPERATING CORPORATION,

Defendant - Appellee,

and

MOSES CONE MEDICAL SERVICES, a North Carolina Corporation; THE MOSES H. CONE MEMORIAL HOSPITAL, a North Carolina Corporation; CONE HEALTH CONNECTED CARE, LLC, a North Carolina Corporation; MATRIX ABSENCE MANAGEMENT, INC., a Delaware Corporation,

Defendants.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Loretta C. Biggs, District Judge. (1:18-cv-00405-LCB-JLW)

Submitted: July 21, 2021                    Decided: August 10, 2021

Before WILKINSON, KING, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lisa Walker, LISA WALKER ATTORNEY AT LAW PLLC, Knightdale, North Carolina, for Appellant.  Kip D. Nelson, Lisa W. Arthur, Julianna T. Earp, FOX ROTHSCHILD LLP, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tondra Priddy appeals the district court's order granting summary judgment in favor of Moses H. Cone Memorial Hospital Operating Corporation in Priddy's action alleging claims under the Family and Medical Leave Act, 29 U.S.C. §§ 26011-2654; the Age Discrimination in Employment Act, 29 U.S.C. §§ 621-634; and North Carolina public policy, N.C. Gen. Stat. § 143-422.2. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Priddy v. Moses H. Cone Mem'l Hosp. Operating Corp.*, No. 1:18-cv-00405-LCB-JLW (M.D.N.C. May 21, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*